DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br><br> v. <br><br> **KOHL'S DEPARTMENT STORES, INC.**, as an entity and doing business as "Kohl's Store #1374", **REALTY INCOME PROPS 23, LLC,** and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01840-JAM-KJN <br><br> **ORDER GRANTING REQUEST FOR EXTENSION TO FILE DISMISSAL DOCUMENTS** |

**ORDER:**

 **IT IS HEREBY ORDERED,** Good Cause Shown, that the Parties be **GRANTED** an additional thirty (30) days to file Dismissal Documents.

Dated: May 5, 2021         /s/ John A. Mendez
               THE HONORABLE JOHN A. MENDEZ
               UNITED STATES DISTRICT COURT JUDGE